FILED

06/07/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0547

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0547

JANET L. HAFFNER-LYNN,

Plaintiff and Appellant,

v.

MISTY L. ANNALA,

Defendant and Appellee.

JUN 0 7 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Pursuant to Appellant's motion for an extension of time, and good cause therefore,

IT IS ORDERED that Appellant has until July 2, 2021, within which to file the reply brief.

No further extensions will be granted.

DATED this ⁷ day of June, 2021.

For the Court,

By_____
Chief Justice